# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

PHILLIP BARNETT, JR.  
ADC #131238  
                                      PLAINTIFF

v.                      3:22-cv-00237-KGB-JJV

MORRIS, Lieutenant,  
Independence County Jail, *et al.*                           DEFENDANTS

## **ORDER**

On September 26, 2022, mail sent by the Court to Plaintiff at the Independence County Detention Facility was returned undelivered because he is no longer there. (Doc. 5.) Early in this case, Plaintiff was advised of his obligation under Local Rule 5.5(c)(2) to promptly notify the Court and Defendants of any change in his address. (Doc. 3.) This case cannot continue if the Court and Defendants have no way to contact Plaintiff. (*Id.*) And if Plaintiff has been released from custody, he may no longer be entitled to proceed *in forma pauperis*.

IT IS, THEREFORE, ORDERED THAT:

1. The Clerk is directed to mail Plaintiff a Motion to Proceed *In Forma Pauperis* for individuals who are not in custody.

2. If Plaintiff wishes to continue with this lawsuit, he must provide the Clerk with his current mailing address and file a properly completed Motion to Proceed *In Forma Pauperis*. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend dismissal of this case.

DATED this 26th day of September 2022.

                                                              JOE J. VOLPE  
                                                              UNITED STATES MAGISTRATE JUDGE