THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILLIP BARNETT, JR.**
**ADC #131238**                                                                                                    **PLAINTIFF**

v.                            Case No. 3:22-cv-00237-KGB

**MORRIS,** *et al.*                                                                          .              **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United State Magistrate Judge Joe. J. Volpe (Dkt. No. 9). On October 27, 2022, Judge Volpe entered an Order providing plaintiff Phillip Barnett, Jr. the opportunity to amend his complaint within 30 days of the date of that Order (Dkt. No. 8). Mr. Barnett did not file an amended complaint, and on November 30, 2022, Judge Volpe recommended that Mr. Barnett's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 9). Mr. Barnett did not file objections to Judge Volpe's Recommended Disposition, and on December 7, 2022, the copy of Judge Volpe's Recommended Disposition mailed to Mr. Barnett was returned undeliverable (Dkt. No. 10).

Section 5.5(c)(2) of the *Local Rules of the United State District Court for the Eastern and Western Districts of Arkansas* requires *pro se* plaintiffs to keep track of their case and apprise the Court of any address change. As of the date of this Order, Mr. Barnett has neither responded to Judge Volpe's Recommended Disposition nor updated his address. Accordingly, the Court dismisses without prejudice Mr. Barnett's complaint for failure to prosecute (Dkt. No. 2). The Court declines to adopt Judge Volpe's Recommended Disposition as moot (Dkt. No. 9). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be frivolous and not taken in good faith.

It is so ordered this 2nd day of June, 2025.

                                                                       */s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge