THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILLIP BARNETT, JR.**
ADC #131238                                                                                              PLAINTIFF

v.                              Case No. 3:22-cv-00237-KGB

**MORRIS,** *et al.*                                                                                  .    DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Phillip Barnett, Jr.'s complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would be considered frivolous and not in good faith.

It is so adjudged this 2nd day of June, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge